IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEON HAMPTON,

        **Plaintiff,**

v.

JOHN BALDWIN, *et al.*,

        **Defendants.**

Case No. 18-cv-550-NJR

## JUDGMENT IN A CIVIL ACTION

**ROSENSTENGEL, Chief Judge:**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of May 15, 2019 (Doc. 119), Defendants Karen Jaimet, Jeremy Givens, Michael Clark, and Nicholas Lanpley were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of April 16, 2020 (Doc. 137) and the Second Amended Complaint (Doc. 138), Defendants John Baldwin and John Doe #'s 1-4 were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of January 24, 2022 (Doc. 204) reflecting settlement between the remaining parties, this entire action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

DATED: June 29, 2022

                                MONICA A. STUMP
                                CLERK OF COURT

                                By: *s/ Tanya Kelley*
                                      **Deputy Clerk**

APPROVED: _____
                **NANCY J. ROSENSTENGEL**
                **Chief U.S. District Judge**